IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80242 WHA

IN THE MATTER OF

In the Matter of Aron Phillip Rofer - #240021

/

**ORDER OF SUSPENSION**

    Because Aron Phillip Rofer has failed to respond to the order to show cause, Mr. Rofer's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE